AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Braden, Susan G. | U.S. Court of Federal Claims | 08/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge | ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final | 01/01/2016 to 12/31/2016 |
| | 5b. ☐   Amended Report | |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | American Bar Association - salary compensation |
| 2. | 2016 | Ropes & Gray L.LP - retirement benefits |
| 3. | 2016 | American University - honorarium ($200) |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 2/4//2016 | Philadelphia, PA | Professional Association Advisory Committee Meeting | Transportation and meals |
| 2. | New York Property Law Association | 04/01/2016-04/02/2016 | New York, NY | Activity of professional association or civic organization | Transportation, lodging, and meals |
| 3. | American Law Institute | 11/09/2016-11/10/2016 | Philadelphia, PA | Professional Association Advisory Committee Meeting | Transportation, lodging, and meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BB&T | Mortgage on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Alexandria, VA | F | Rent | P1 | W | | | | | |
| 2. Citibank | A | Interest | K | T | | | | | |
| 3. RGIP, LLC | D | Distribution | M | U | | | | | |
| 4. Dept. of Justice Credit Union (various accounts) | D | Interest | N | T | | | | | |
| 5. 401(k) #1 (H) | | | | | | | | | |
| 6. J.P. Morgan Prime Money Mkt. Fd Morgan Cl (Y) | | | | | | | | | |
| 7. Ameriprise Insured Deposit Account (IDA) (cash) (X) | A | Interest | K | T | | | | | |
| 8. Advisors Inner Circle FDS Edgewood Growth Instl Cl | A | Dividend | M | T | Buy | 06/07/16 | M | | |
| 9. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 10. Artisan Intl Value | B | Dividend | M | T | Buy (add'l) | 01/22/16 | J | | |
| 11. Blackrock Strategic | C | Dividend | M | T | | | | | |
| 12. Dreihaus Inc. Mut. Fd. Emerging Mkt. Act | A | Dividend | M | T | | | | | |
| 13. Dodge & Cox Funds Int'l Stock Fd | C | Dividend | | | Sold | 11/11/16 | M | | |
| 14. FMI Funds Large Cap | C | Dividend | N | T | Buy (add'l) | 01/22/16 | K | | |
| 15. | | | | | Sold (part) | 11/17/16 | J | | |
| 16. Harding Loevner Fds Int'l Equity Portf. | B | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 17. | | | | | Sold | 06/07/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Mgrs Serv. Oak Ridge Sml Cap Growth | | None | | | Buy (add'l) | 01/22/16 | J | | |
| 19. | | | | | Sold | 06/07/16 | L | | |
| 20. Metropolitan West Fds. Total Return Bd Fd | D | Dividend | O | T | Sold (part) | 01/22/16 | K | | |
| 21. | | | | | Buy (add'l) | 06/07/16 | M | | |
| 22. | | | | | Sold (part) | 11/17/16 | M | | |
| 23. Matthews Intl Fds Asia Div. Fd. | B | Dividend | L | T | Buy (add'l) | 01/22/16 | K | | |
| 24. Miller Invt TR Convertible Bond Fund | B | Dividend | L | T | Buy | 11/11/16 | L | | |
| 25. Neuberger Berman High Income Bd Fd | D | Dividend | M | T | Buy (add'l) | 01/22/16 | J | | |
| 26. | | | | | Buy (add'l) | 06/07/16 | L | | |
| 27. Newberger Berman Core Bd Fd Intl Cl | D | Dividend | N | T | Sold (part) | 01/22/16 | K | | |
| 28. Ridgeworth Fds Seix Flts Rate Inc. Fd | C | Dividend | | | Sold | 06/07/16 | L | | |
| 29. Third Avenue Real Est. Value Fd | A | Dividend | | | Sold | 11/11/16 | L | | |
| 30. Transamerica Intl Sml Cap Value | C | Dividend | M | T | Buy (add'l) | 01/22/16 | J | | |
| 31. Vanguard Index Sml Cap Index Admiral | C | Dividend | M | T | Buy (add'l) | 01/22/16 | J | | |
| 32. Vanguard Index 500 Index Admiral | D | Dividend | N | T | | | | | |
| 33. Vanguard Fix Inc. Short Term Inv Grade | A | Dividend | | | Sold | 06/07/16 | K | | |
| 34. Oil & Gas Royalty (Houston & San Antonio, TX) | D | Royalty | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U Fund College Investing Plan #1: MA Portfolio 2021 | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 36. U Fund College Investing Plan #2: MA Portfolio 2024 | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 37. U Fund College Investing Plan #3: MA Portfolio 2024 | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 38. U Fund College Investing Plan #4: MA Portfolio 2027 | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 39. U Fund College Investing Plan #5: MA Portfolio 2027 | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 40. U Fund College Investing Plan #6: MA Portfolio 2030 | A | Dividend | J | T | Buy (add'l) | 12/13/16 | J | | |
| 41. U Fund College Investing Plan #7: MA Portfolio 2033 | A | Dividend | J | T | Buy (add'l) | 12/13/16 | J | | |
| 42. Trust #1 (H) | | | | | | | | | |
| 43. FMI Large Cap Fd | A | Dividend | K | T | Sold (part) | 05/05/16 | J | | |
| 44. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 45. Vanguard 500 Index Fund | B | Dividend | L | T | Buy (add'l) | 12/20/16 | J | | |
| 46. Artisan Int'l Value Fd Inv. | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 47. Dodge & Cox Int'l Stock Fund | | None | | | Sold | 11/11/16 | K | | |
| 48. Harding Loevner Int'l Equity Fund | | None | | | Sold | 02/24/16 | K | | |
| 49. Edgewood Growth Fund | A | Dividend | L | T | Buy | 02/24/16 | K | | |
| 50. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 51. | | | | | Buy (add'l) | 12/07/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 53. Oak Ridge Small Cap Growth | | None | | | Sold | 05/05/16 | J | | |
| 54. Vanguard Sml Cap Index Fd | A | Dividend | K | T | Buy (add'l) | 05/05/16 | J | | |
| 55. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 56. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 57. Transamerica Intl Small Cap Value Fd | A | Dividend | K | T | Buy | 12/07/16 | J | | |
| 58. Driehaus Emg Mkts Growth Fund | A | Dividend | K | T | Sold (part) | 01/22/16 | J | | |
| 59. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 60. Matthews Asia Dividends Ins | A | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |
| 61. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 62. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 63. Miller Convertible Bond Fund | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 64. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 65. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 66. NB Muni I/T Bonds Fnd Ins. | C | Dividend | M | T | Buy (add'l) | 05/05/16 | J | | |
| 67. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 68. | | | | | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard I/T T/E Fd Adm | C | Dividend | M | T | Buy (add'l) | 05/05/16 | J | | |
| 70. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 71. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 72. NB High Income Bond Fd Ins | B | Dividend | K | T | Buy (add'l) | 05/05/16 | J | | |
| 73. Ridgeworth Seix Floating Rate Fd Ins | A | Dividend | | | Sold | 05/05/16 | K | | |
| 74. WCM Focused International Growth Fund | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 75. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 76. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 77. Blackrock Strategic Inc. Opp Fd Ins | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 78. Third Ave. Real Est. Val Isn't | | None | | | Sold | 11/11/16 | J | | |
| 79. Vanguard S/T T/E Fd Adm | A | Dividend | | | Sold | 05/05/16 | J | | |
| 80. Federated Govt Obli Fd - Prm | A | Dividend | K | T | | | | | |
| 81. Las Vegas Sands Corp. (Common Stock) (Y) | | | | | | | | | |
| 82. ABAThrift Savings 401(k) #1 (no control) (H) | | | | | | | | | |
| 83. T. Rowe Prc Retirement 2010 | D | Dividend | M | T | Sold (part) | 02/22/16 | J | A | |
| 84. T. Rowe Price 2040 Fund | D | Dividend | M | T | Sold (part) | 02/22/16 | J | A | |
| 85. S.SgA Russ. Sm/MD Cap Index Fund | D | Dividend | L | T | Sold (part) | 02/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braden, Susan G. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4: Consolidated entry of 2015, lines 4 and 5.

Part VII, line 6: Name correction; see 2015, line 7.

Part VII, lines 35-41: Numerical identification added to assist with account tracking; no change in holdings.

Part VII, line 43: Name correction; see 2015, line 65.

Part VII, line 47: Name correction; see 2015, line 71.

Part VII, lines 82-85: This is an employer-controlled retirement plan. The employee can choose the funds in which he is invested from a list provided by the employer's plan administrator, but the employee is not able to control transactions executed within the plan, nor is he provided with the details of transactions executed within the plan by the plan administrator. The employee receives quarterly statements identifying the allocated value and investment earnings for the funds in which he is invested (Columns A through C) Despite inquiry of the plan administrator, further information is unavailable.

2015 - Part VII, lines 38 and 78, Column D(1): Inadvertently reported as sold instead of sold (part).

2015 - Part VII, lines 64 and 93: Income and value reported on these headers were cumulative for the account as a whole; therefore Columns B through D should have been left blank. The corresponding header lines are reflected in this report on lines 42 and 82, with income and value information recorded separately for each asset within the accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan G. Braden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544